**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        -v.-                            :    INDICTMENT

VIKRAM DATTA,                       :    **11 CRM 102**

              Defendant.       :

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 03 2011

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about October 2009, up to and including in or about January 2011, in the Southern District of New York and elsewhere, VIKRAM DATTA, the defendant, and others known and unknown, unlawfully, wilfully and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) and 1957(a).

2.  It was a part and an object of the conspiracy that VIKRAM DATTA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, cash and wire transfers, represented the proceeds of some form of unlawful activity, unlawfully, willfully, and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of

illegal narcotics transactions, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

3. It was a further part and an object of the conspiracy that VIKRAM DATTA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, cash and wire transfers, represented the proceeds of some form of unlawful activity, unlawfully, willfully, and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of illegal narcotics transactions, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

4. It was a further part and an object of the conspiracy that VIKRAM DATTA, the defendant, and others known and unknown, within the United States and involving United States persons, in an offense involving and affecting interstate and foreign commerce, unlawfully, willfully, and knowingly would and did engage and attempt to engage in monetary transactions in

criminally derived property of a value greater than $10,000 that is derived from specified unlawful activity, to wit, narcotics trafficking activities, in violation of Title 18, United States Code, Section 1957(a).

### Overt Acts

5. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

 a. On or about September 13, 2010, VIKRAM DATTA, the defendant, agreed to purchase perfume from a perfume dealer located in New York, New York; and

 b. Between on or about October 5, 2010, and on or about October 6, 2010, a company owned by VIKRAM DATTA, the defendant, wired more than $100,000 to three different perfume dealers located in New York, New York.

(Title 18, United States Code, Section 1956(h).)

### COUNT TWO

The Grand Jury further charges:

6. From at least in or about August 2010, up to and including on or about January 15, 2010, in the Southern District of New York and elsewhere, VIKRAM DATTA, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Sections

1956(a)(3)(A) and 1956(a)(3)(B).

      7.   It was a part and an object of the conspiracy that VIKRAM DATTA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, unlawfully, willfully, and knowingly, would and did conduct and attempt to conduct a financial transaction involving property represented by a person, at the direction of, and with the approval of, a Federal official authorized to investigate and prosecute violations of Section 1956 of Title 18, United States Code, to be the proceeds of specified unlawful activity, to wit, narcotics trafficking, with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(A).

      8.   It was further a part and an object of the conspiracy that VIKRAM DATTA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, unlawfully, willfully, and knowingly, would and did conduct and attempt to conduct a financial transaction involving property represented by a person, at the direction of, and with the approval of, a Federal official authorized to investigate and prosecute violations of Section 1956 of Title 18, United States Code, to be the proceeds of specified unlawful activity, to wit, narcotics trafficking, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of said specified

unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

## Overt Acts

9. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about September 16, 2010, an undercover law enforcement officer ("UC-1"), while in New York, New York, called DATTA on the telephone to discuss a potential money laundering transaction.

    b. On or about January 10, 2011, VIKRAM DATTA, the defendant, told UC-1, in sum and substance, that DATTA would travel to New York, New York on or about January 15, 2011 to meet with UC-1 to discuss future laundering activities; and

    c. On or about January 15, 2011, VIKRAM DATTA, the defendant, met UC-1 in New York, New York.

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

10. As a result of committing one or more of the money laundering offenses alleged in Counts One and Two of this Indictment, VIKRAM DATTA, the defendant, pursuant to Title 18, United States Code, 982(a)(1), shall forfeit to the United States of America any property, real and personal, involved in one or more of such offenses, and any property traceable to such

property, including , but not limited to, a sum of money equal to at least $40,000,000 in United States Currency in that such sum in aggregate is property representing the property involved in one or more of the offenses, and traceable to such property.

### Substitute Asset Provision

11. If any of the above-described forfeitable property, as a result of any act or omission of VIKRAM DATTA, the defendant:

- (1) cannot be located upon the exercise of due diligence;
- (2) has been transferred, or sold to, or deposited with, a third person;
- (3) has been placed beyond the jurisdiction of the Court;
- (4) has been substantially diminished in value; or
- (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982(a)(1) and
Title 21, United States Code, Section 853.)

_____          _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

VIKRAM DATTA,

Defendant.

---

INDICTMENT

11 Cr.

(18 U.S.C. §§ 1956 and 982 and
21 U.S.C. § 853.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

---

2/3/11, Filed Indictment. Case assigned to Judge Kaplan.
s/ Mag. Judge Katz