# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-19
```

IN THE UNITED STATES DISTRICT COURT OF
SOUTHERN DISTRICT OF NEW YORK.

VIKRAM DATTA, Prose,
PETITIONER

V.

UNITED STATES OF AMERICA,

RESPONDENT

Case Number(s): 14-cv-8653; 11 Cr. 0102 (LAK).

---

### MOTION TO RECONSIDER THE CONSIDERATION OF RULE 29 AND 33 ORDER

---

Vikram Datta, pro se
Registration Number: 64542-054
P.O.Box. 1010
Bastrop, Texas 78602

copies mailed 2-26-19
Chambers of Judge Kaplan

Motion denied. See
DI 201 (11-cr-102(LAK))

SO ORDERED

LEWIS A. KAPLAN, USDJ

2/26/19