UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                            11-cr-0102 (LAK)
                                                                 [14-cv-8653 (LAK)]
                                                                 [20-cv-2330 (LAK)]

VIKRAM DATTA,

                Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendant Datta has filed a purported motion to clarify sentencing documents and a forfeiture order imposed on January 20, 2012, to have the Court provide him with a copy of an alleged order for his release from prison on July 21, 2020 under the First Step Act, and sentencing computation data that he claims to have seen and copied around September 2016. He has filed the motion in this criminal case as well as two closed efforts to obtain relief from his conviction pursuant to 28 U.S.C. § 2255.

        As an initial matter, computation of release dates and the like are matters that, in the first instance, are within the domain of the Bureau of Prisons (the "BOP"), not the Court. In any case, the Court has no idea what "sentencing computation data" defendant claims to have seen nearly five years ago or, indeed, any other such data.

        Second, if, as apparently is the case, defendant was released from prison on or about July 21, 2020, it was not pursuant to any order of this Court or of which this Court has any record. It notes also that the BOP has authority in some cases to release elderly prisoners or transfer prisoners to home confinement without obtaining any court order.

        Finally, defendant may communicate with the Clerk of Court and request copies of whatever sentencing and forfeiture documents he wishes that may be publicly available, assuming he pays any required fees.

        The motion is denied. The Clerk is requested to terminate it on all three docket sheets.

        SO ORDERED.

Dated:        August 5, 2021

                                                                           Lewis A. Kaplan
                                                                          United States District Judge